**[J-6-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 85 MAP 2023 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court at No. 2632 EDA |
| | : | 2021 dated February 7, 2023 |
| v. | : | Affirming the Judgment of Sentence |
| | : | of the Delaware County Court of |
| | : | Common Pleas, Criminal Division, |
| MICHAEL THOMPSON, | : | at No. CP-23-CR-0002233-2020 |
| | : | dated December 13, 2021. |
| Appellant | : | |
| | : | ARGUED: March 5, 2024 |

## ORDER

**PER CURIAM**                                              **DECIDED: May 31, 2024**

AND NOW, this 31st day of May, 2024, the appeal is **DISMISSED** as having been improvidently granted.

Justice Wecht files a dissenting statement.